UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PROTEIN KITCHEN L.L.C., *et al.*,

    Plaintiffs,

vs.

COAST TO COAST PROPERTIES LLC,

    Defendant.

Case No. 2:16-cv-01650-RFB-GWF

**ORDER**

This matter is before the Court on Plaintiffs Mervat Berry and Protein Kitchen, LLC's Motion for Entry of Clerk's Default (ECF No. 7), filed on October 11, 2016.

Plaintiffs filed their Complaint (ECF No. 1) on July 13, 2016. Plaintiffs filed a summons returned executed (ECF No. 6) on September 19, 2016 and the deadline for Defendant to file a responsive pleading was set for October 7, 2016. Defendant did not file a responsive pleading by October 7, 2016. Plaintiffs filed their Motion for Entry of Clerk's Default on October 11, 2016. Defendant filed its Answer (ECF No. 8) on October 11, 2016. Because Defendant filed its Answer, the Court denies Plaintiffs' Motion for Entry of Clerk's Default. If Plaintiffs believe there is sufficient grounds to strike Defendant's Answer, the Court denies Plaintiff's Motion without prejudice to bringing a motion to strike. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Clerk's Default (ECF No. 7) is **denied**.

DATED this 27th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge