J. Malcolm DeVoy (Nevada Bar No. 11950)
DeVoy Law P.C.
2575 Montessouri Street, Suite 201
Las Vegas, NV 89117
t: 702-706-3051
f: 702-977-9359
ecf@devoylaw.com

*Attorney for Plaintiffs,*
*Protein Kitchen L.L.C. and Mervat Berry*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROTEIN KITCHEN L.L.C., a Nevada limited-liability company; AND MERVAT BERRY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COAST TO COAST PROPERTY SOLUTIONS LLC, a Nevada limited-liability company doing business as THE PROTEIN SOURCE,<br><br>Defendant. | Case No.: 2:16-cv-01650-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiffs Protein Kitchen L.L.C., a Nevada limited-liability company, and Mervat Berry; and Defendant Coast to Coast Property Solutions LLC, a Nevada limited-liability company doing business as The Protein Source ("Defendant"), through their respective counsel of record, stipulate and agree that all claims against Defendant are to be dismissed with prejudice, and both sides agree to bear their own attorney's fees and costs in this action. The parties seek the Court's order of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(a)(2).

//

//

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE- 1

| | |
|---|---|
| Dated this 18th of November, 2016. | Dated this 18th of November, 2016. |
| DEVOY LAW P.C. | WEIDE & MILLER, LTD. |
| */s/ J. Malcolm DeVoy* | */s/ Ryan R. Gile* |
| J. Malcolm DeVoy (NV Bar No. 11950)<br>DeVoy Law P.C.<br>2575 Montessouri Street, Suite 201<br>Las Vegas, NV 89117<br>t: 702-706-3051<br>f: 702-977-9359 | Ryan R. Gile (NV Bar No. 8807)<br>F. Christopher Austin (NV Bar No. 6559)<br>Weide & Miller, Ltd.<br>7251 West Lake Mead Blvd., Suite 530<br>Las Vegas, NV 89128<br>Telephone: (702) 382-4804<br>Facsimile: (702) 382-4805 |
| *Attorney for Plaintiffs,*<br>*Protein Kitchen L.L.C. and Mervat Berry* | *Attorneys for Defendant, Coast to Coast Property Solutions LLC, d/b/a The Protein Source* |

## **ORDER**

Based on the parties' stipulation, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice, with each side to bear its own attorney's fees and costs. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: _____November 29_____, 2016

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE- 2